1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Vickey Ann White
6

7

8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9                      **WESTERN DIVISION**

10

11

12 | VICKEY ANN WHITE,                            ) Case No.: CV 13-664 RZ
                                                 )
13 |         Plaintiff,                          ) [PROPOSED] ORDER OF
                                                 ) DISMISSAL
14 |   vs.                                       )
   | CAROLYN W. COLVIN, Acting                   )
15 | Commissioner of Social Security,            )
                                                 )
16 |                                             )
   |         Defendant.                          )
17 |                                             )

18

19      Based upon the stipulation of the parties, the above captioned matter is

20 dismissed with prejudice, each party to bear its own fees, costs, and expenses.

21      IT IS SO ORDERED.

22 DATE:   October 21, 2013

23                                    _____
                                      THE HONORABLE RALPH ZAREFSKY
24                                    UNITED STATES MAGISTRATE JUDGE

25

26

1  DATE: October 15, 2013         Respectfully submitted,

2                                 LAW OFFICES OF LAWRENCE D. ROHLFING
                                       /s/ *Young Cho*
3                              BY:_____
                                   Young Cho
4                                  Attorney for plaintiff Vickey Ann White

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-